UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JONATHAN MOUDY (#565902)

VERSUS

ELAYN HUNT CORRECTIONAL CENTER, ET AL.

CIVIL ACTION

NO. 14-193-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr., dated July 6, 2015 (doc. no. 38) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Court declines the exercise of supplemental jurisdiction over the plaintiff's state law claims and the plaintiff's claim asserted against the Elayn Hunt Correctional Center is DISMISSED, without prejudice, for failure of the plaintiff to serve this defendant within 120 days as mandated by Fed. R. Civ. P. 4(m). Further, the plaintiff's motion for summary judgment (doc. no. 27) is DENIED and the motion for summary judgment of defendant Andrew Tillman (doc. no. 25) is GRANTED, dismissing the plaintiff's claims asserted against this defendant, with prejudice, and this action is DISMISSED.

Baton Rouge, Louisiana, this 11th day of August, 2015.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA